# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DIETGOAL INNOVATIONS, LLC § § v. § § KELLAN RESTAURANT § MANAGEMENT CORP., d/b/a 54TH STREET § GRILL & BAR § | Civil Action No. 2:12-cv-761-JRG-RSP **LEAD CASE** |
| DIETGOAL INNOVATIONS, LLC § § v. § § TACO JOHN'S INTERNATIONAL, INC. § | Civil Action No. 2:12-cv-775-JRG-RSP |

**ORDER GRANTING TACO JOHN'S INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO EXTEND DATE FOR FILING ITS REPLY TO DIETGOAL INNOVATIONS, LLC'S RESPONSE IN OPPOSITION TO TACO JOHN'S *RE-FILED* MOTION TO DISMISS FOR IMPROPER VENUE**

The Court, having considered Defendant's Unopposed Motion for Leave to File its Reply to Plaintiff, DietGoal Innovations, Inc.'s Response in Opposition to Taco John's *Re-Filed* Motion to Dismiss for Improper Venue finds that the motion has merit.

Therefore, it is ORDERED that the motion is GRANTED and Defendant's Reply to Plaintiff, DietGoal Innovations, Inc.'s Response in Opposition to Taco John's *Re-Filed* Motion to Dismiss for Improper Venue shall be filed accordingly.

**SIGNED this 12th day of December, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE