IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DietGoal Innovations LLC,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**Kellen Restaurant Management Corp.,**<br><br>　　Defendant. | **Civil Action No. 2:12-CV-00761-JRG-RSP**<br><br>**CONSOLIDATED**<br>**(LEAD CASE)** |
| **DietGoal Innovations LLC,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**Mrs. Fields Famous Brands, LLC,**<br><br>　　Defendant/Third-Party Plaintiff,<br><br>　　v.<br><br>**Struck, Inc.,**<br><br>　　Third-Party Defendant. | **Civil Action No. 2:13-CV-42-JRG-RSP**<br><br>**CONSOLIDATED CASE** |

## ORDER

Before the Court is Struck, Inc.'s Unopposed Motion For Leave To File Notice Of Supplemental Authority (the "Motion"). After careful consideration, the Motion is **GRANTED**. It is **THEREFORE ORDERED** that leave is hereby granted to file the Notice of Supplemental Authority.

**SIGNED** this 12th day of December, 2013.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE