**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:12-cv-00761-JRG-RSP |
| v. | § § | **LEAD CASE** |
| KELLAN RESTAURANT MANAGEMENT CORP. D/B/A 54TH STREET GRILL & BAR, | § § § § | **CONSOLIDATED** |
| | § § | Jury Trial Demanded |
| *Defendant.* | § | |

## DIETGOAL INNOVATIONS LLC'S NOTICE OF COMPLIANCE

Plaintiff DietGoal Innovations LLC ("DietGoal") hereby certifies that it complied with the Court's Order dated December 12, 2013 (Dkt. No. 236) by serving the Defendants with Plaintiff's Election of Eight Asserted Claims on February 7, 2014.

Dated: February 10, 2014      Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By:    */s/ Michael D. Ricketts*
      Eric W. Buether
      State Bar No. 03316880
      Eric.Buether@BJCIPLaw.com
      Christopher M. Joe
      State Bar No. 00787770
      Chris.Joe@BJCIPLaw.com
      Brian A. Carpenter
      State Bar No. 03840600
      Brian.Carpenter@BJCIPLaw.com
      Timothy J.H. Craddock
      State Bar No. 24082868
      Tim.Craddock@BJCIPLaw.com
      Michael D. Ricketts
      State Bar No.24079208
      Mickey.Ricketts@BJCIPLaw.com
      Niky Bukovcan
      State Bar No. 24078287
      Niky.Bukovcan@BJCIPLaw.com
      Monica Tavakoli
      State Bar No. 24065822
      Monica.Tavakoli@BJCIPLaw.com

      1700 Pacific Avenue, Suite 4750
      Dallas, Texas 75201
      Telephone:   (214) 730-5660
      Facsimile:   (972) 707-1248

**THE LAW OFFICES OF DAMON YOUNG**

      Damon M. Young
      State Bar No. 2176700
      damon@dylawoffices.com

      4122 Texas Boulevard / P.O. Box 1897*
      Texarkana, TX. 75503 (*04*)
      Telephone:   (903) 794-1303
      Facsimile:   (903) 792-5098

      **ATTORNEYS FOR PLAINTIFF**
      **DIETGOAL INNOVATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 10th day of February 2014. Any other counsel of record will be served by facsimile transmission and first class mail.

*/s/ Michael D. Ricketts*
Michael D. Ricketts