# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § | |
| *Plaintiff,* | § § | Civil Action No. 2:12-cv-00761-JRG-RSP |
| v. | § § | (Consolidated) |
| | § | **LEAD CASE** |
| KELLAN RESTAURANT MANAGEMENT CORP., | § § § | Jury Trial Demanded |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § | |
| *Plaintiff,* | § § | |
| | § | Civil Action No. 2:12-cv-00338-JRG-RSP |
| v. | § § | (Consolidated) |
| TYSON FOODS, INC., | § § | Jury Trial Demanded |
| *Defendant.* | § § | |

## PLAINTIFF DIETGOAL INNOVATIONS LLC'S NOTICE OF COMPLIANCE REGARDING SUBMISSION OF LETTER BRIEF

In compliance with the Court's Standing Order regarding Submission of Letter Briefs and the Amended Docket Control Order dated December 12, 2013 (Dkt. No. 236), Plaintiff DietGoal Innovations LLC ("DietGoal") files notice of its letter to the Court requesting permission to file a response to the letter brief (Dkt No. 361) submitted by Defendant Tyson Foods, Inc. ("Tyson") requesting leave to file a motion for summary judgment that no asserted claim of U.S. Patent No. 6,585,516 is infringed by the accused device

A copy of the letter is attached as Exhibit A.

Dated: March 28, 2014                    Respectfully submitted,

                                          **BUETHER JOE & CARPENTER, LLC**

                                          By:   */s/ Monica Tavakoli*
                                                     Eric W. Buether
                                                     State Bar No. 03316880
                                                   Eric.Buether@BJCIPLaw.com
                                                 Christopher M. Joe
                                                 State Bar No. 00787770
                                                 Chris.Joe@BJCIPLaw.com
                                                 Brian A. Carpenter
                                                 State Bar No. 03840600
                                                 Brian.Carpenter@BJCIPLaw.com
                                                 Monica Tavakoli
                                                 State Bar No. 24065822
                                                 Monica.Tavakoli@BJCIPLaw.com
                                                 Niky Bukovcan
                                                 State Bar No. 24078287
                                                 Niky.Bukovcan@BJCIPLaw.com
                                                 Michael D. Ricketts
                                                 State Bar No. 24079208
                                                 <u>Mickey.Ricketts@BJCIPLaw.com</u>
                                                 Timothy J.H. Craddock
                                                 State Bar No. 24082868
                                                 <u>Tim.Craddock@BJCIPLaw.com</u>

                                                 1700 Pacific Avenue, Suite 4750
                                                 Dallas, Texas 75201
                                                 Telephone:    (214) 635-1839
                                                 Facsimile:    (972) 656-0967

                                        **THE LAW OFFICES OF DAMON YOUNG**

                                                 Damon M. Young
                                                 State Bar No. 2176700
                                                 damon@dylawoffices.com

                                                 4122 Texas Boulevard / P.O. Box 1897*
                                                 Texarkana, TX. 75503 (*04*)
                                                 Telephone:    (903) 794-1303
                                                 Facsimile:    (903) 792-5098

                                      **ATTORNEYS FOR PLAINTIFF**
                                      **DIETGOAL INNOVATIONS LLC**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 28th day of March, 2014. Any other counsel of record will be served by facsimile transmission and first class mail.

                                       */s/ Monica Tavakoli*
                                       Monica Tavakoli