IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DIETGOAL INNOVATIONS LLC,** § § | | |
| Plaintiff, § | Civil Action No. 2:12-cv-00761-JRG-RSP | |
| v. § § | (Consolidated) | |
| **KELLAN RESTAURANT** § **MANAGEMENT CORP.** § § | Jury Trial Demanded | |
| § | LEAD CASE | |
| Defendant. § | | |

| | | |
|---|---|---|
| **DIETGOAL INNOVATIONS LLC,** § § | | |
| Plaintiff, § | Civil Action No. 2:12-cv-00331-JRG-RSP | |
| v. § § § | Jury Trial Demanded | |
| **GENERAL MILLS SALES, INC.,** § § § | | |
| Defendant. § | | |

## ORDER

Before this Court is the Unopposed Motion to Execute Transfer of General Mills Sales, Inc. Having considered the matter, the Court grants the Motion.

IT IS THEREFORE ORDERED THAT:

The twenty-one (21) day period provided by Local Rule CV-83(b) is waived, and the clerk shall transfer the file to the Eastern District of Virginia as soon as practicable.

**SIGNED this 9th day of April, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE