**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 2:12-CV-761 |
| KELLAN RESTAURANT MANAGEMENT CORP. D/B/A 54TH STREET GRILL & BAR | § § § § | |
| *Defendant.* | § § | |

## ORDER REDESIGNATING LEAD CASE

The Court ORDERS that case number 2:12-CV-761 is no longer the lead case in this consolidated action. The Court ORDERS that case number 2:12-CV-764 is the new lead case. All future filings made by parties to this consolidated action must be made in the new lead case, with the appropriate captioning.

It is so ORDERED.

SIGNED this 17th day of April, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

1